C

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 13 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 01-1134-GHK |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Demetrius Hankins, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown background, bail resources, use of several birth dates, prior warrants and probation violations

and/or

B. (X) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: restraining orders outstanding, nature of past offenses and present allegations, prior probation violation

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/13/12

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE